## ELLIS v. STATE.
### No. 21709.

Court of Criminal Appeals of Texas.

Nov. 5, 1941.

George D. Hagans, of Denison, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of assault with intent to murder, and her punishment assessed at one year's confinement in the penitentiary.

The record is before this court without statement of facts or bills of exception.

The indictment and all matters of procedure appear regular.

The judgment is affirmed.